

Jon Fetterolf
PARTNER
Zuckerman Spaeder LLP
jfetterolf@zuckerman.com
(202) 778-1880

March 2, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

Thomas J. Lech
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, IL 62025

Re: Andrew D'Angelo v. Carlos E. Martinez and IRC L.P.
St. Clair County, Illinois Case No. 18L60

Dear Tom:

As you are aware, I represent Carlos Martinez in the above-referenced action. On February 15, 2018, I received your letter dated February 5, 2018 at my offices in Washington, D.C. I acknowledge that the letter contained a copy of the complaint titled *Andrew D'Angelo v. Carlos E. Martinez et al.* that was electronically filed in the Circuit Court for Saint Clair County, Illinois.

On January 25, 2018, I had informed you that I would agree to accept service of the complaint pursuant to a waiver of service form that comports with the Federal Rules of Civil Procedure as the draft complaint you had sent to Mr. Martinez before my involvement was captioned for the United States District Court for the Southern District of Illinois. You, however, have now filed this action in state, not federal court, and the waiver of service forms you have sent are not waiver of service forms that comport with the Federal Rules. Nonetheless, I agree that having now received the complaint via first class mail that constitutes service on Mr. Martinez. Because we are in the process of filing a Notice of Removal, I have not executed any of your Notice and Acknowledgments forms because the matter will not be proceeding in state court.

If you have any questions, please do not hesitate to call.

Sincerely,

*Jon Fetterolf*

Jon Fetterolf

1800 M STREET NW, STE. 1000, WASHINGTON, DC 20036-5807 | T 202.778.1800 | F 202.822.8106

ZUCKERMAN SPAEDER LLP | WASHINGTON, DC | NEW YORK | TAMPA | BALTIMORE

6336535.1

**EXHIBIT C**