IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| **ANDREW D. D'ANGELO,** | ) | |
| Plaintiff, | ) ) ) | Case No. 18L60 |
| v. | ) ) ) | |
| **CARLOS E. MARTINEZ and IRC L.P.,** | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants Carlos E. Martinez and IRC L.P. hereby give notice that they have removed this civil action to the United States District Court for the Southern District of Illinois.  A true and correct copy of Carlos E. Martinez and IRC L.P.'s Notice of Removal, which was filed with the United States District Court for the Southern District of Illinois, is attached as Exhibit 1.  This Notice completes the removal of this case to federal court pursuant to 28 U.S.C. § 1446 and precludes this Court from further proceedings in this case unless and until the action is remanded.

Dated: March 5, 2018

Respectfully submitted,

/s/ Arsenio L. Mims
Gabriel E. Gore
Arsenio L. Mims   #6317837
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: (314) 889-7300
Fax: (314) 863-2111

**EXHIBIT E**

ggore@dowdbennett.com
amims@dowdbennett.com


Jon R. Fetterolf
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1880
Fax: (202) 822-8106
jfetterolf@zuckerman.com


*Attorneys for Carlos E. Martinez*

Troy A. Bozarth #6236748
HeplerBroom LLC
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 307-1124
Fax: (618) 656-1364
Troy.Bozarth@heplerbroom.com

*Attorney for IRC L.P.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2018, I caused a copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL to be served by electronic and first-class postage prepaid mail on the following:

Thomas J. Lech
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
tlech@ghalaw.com

John M. Eccher
ECCHER LAW GROUP
1034 S. Brentwood Blvd.
Ste. Penthouse 1-C, 23rd Floor
St. Louis, MO 63117
jeccher@eccherlawgroup.com

/s/ Arsenio L. Mims
Arsenio L. Mims