IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| **ANDREW D. D'ANGELO,** ) | |
| ) | |
| Plaintiff, ) | Case No. 18L60 |
| ) | |
| v. ) | |
| ) | |
| **CARLOS E. MARTINEZ and IRC L.P.,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL**

TO:  Thomas J. Lech
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
tlech@ghalaw.com

John M. Eccher
ECCHER LAW GROUP
1034 S. Brentwood Blvd.
Ste. Penthouse 1-C, 23rd Floor
St. Louis, MO 63117
jeccher@eccherlawgroup.com

PLEASE TAKE NOTICE that the Notice of Removal and exhibits thereto were filed on March 5, 2018, in the United States District for the Southern District of Illinois.

Dated: March 5, 2018

Respectfully submitted,

/s/ Arsenio L. Mims
Gabriel E. Gore
Arsenio L. Mims   #6317837
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105

**EXHIBIT F**

Tel: (314) 889-7300
Fax: (314) 863-2111
ggore@dowdbennett.com
amims@dowdbennett.com

Jon R. Fetterolf
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1880
Fax: (202) 822-8106
jfetterolf@zuckerman.com

*Attorneys for Carlos E. Martinez*

Troy A. Bozarth #6236748
HeplerBroom LLC
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
Tel: (618) 307-1124
Fax: (618) 656-1364
Troy.Bozarth@heplerbroom.com

*Attorney for IRC L.P.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of March 2018, I caused a copy of the foregoing NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL to be served by electronic and first-class postage prepaid mail on the following:

Thomas J. Lech
GOLDENBERG HELLER & ANTOGNOLI, P.C.
2227 South State Route 157
Edwardsville, IL 62025
tlech@ghalaw.com

John M. Eccher
ECCHER LAW GROUP
1034 S. Brentwood Blvd.
Ste. Penthouse 1-C, 23rd Floor
St. Louis, MO 63117
jeccher@eccherlawgroup.com

                                            /s/ Arsenio L. Mims