

UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

MARTINEZ CARLOS E

Surname
**MARTINEZ**
Given Name
**CARLOS E**
USCIS#
Category   Card#
**C09**
Country of Birth
**Dominican Republic**
Terms and Conditions
**None**
Date of Birth          Sex
1991   **M**
Valid From:   **02/13/18**
Card Expires:   **02/12/19**
NOT VALID FOR REENTRY TO U.S.

FORM I-766
Rev (02-2016)

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

122   If found, drop in any US Mailbox.  USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002

M A R T I N E Z < < C A R L O S < E R N E S T O < < < < < <

UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

**EXHIBIT G**