# Exhibit 3



# **Pohlman**USA®
## Court Reporting and
## Litigation Services

---

## Andrew D'Angelo - VOLUME I
## July 25, 2018

---

## Andrew D. D'Angelo

vs.

## Carlos E. Martinez and IRC L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS


ANDREW D. D'ANGELO,       )
                       )
          Plaintiff,   )
                       )
      vs.             )No.3:18-cv-00534-DRH-SCW
                       )
CARLOS E. MARTINEZ and   )
IRC L.P.,              )
                       )
         Defendants.  )


DEPOSITION OF ANDREW D'ANGELO

VOLUME I

Taken on behalf of Defendant

July 25, 2018


Kathy Heeb, CCR #1361


PohlmanUSA Court Reporting (877) 421-0099

EXAMINATION BY MS. FOWLER

```
 1   second.  But prior to -- back in 2014, what was he
 2   doing?
 3        A.   2014, he still had an automotive warranty
 4   center he owned and ran.
 5        Q.   What happened to it?
 6        A.   I can't speak to what -- it went out of
 7   business.  I don't know why or how.
 8        Q.   Okay.  And when did you become close
 9   friends with him?
10        A.   Jake?
11        Q.   Yes.
12        A.   I don't recall.
13        Q.   You don't recall the year or how old you
14   were?
15        A.   No.  It just -- I don't know exactly when
16   we became close friends.  Somewhere between 2013 or
17   2012.  Somewhere in there.
18        Q.   What sort of things would you do together?
19        A.   Go out, we went to Vegas a bunch, we
20   traveled.  We, you know, played with RC planes.
21        Q.   Who funded this?
22        A.   Me as well as Jake.  I paid for my tickets
23   many of the times.  He did pay for me a few times.
24        Q.   Do you know how he drew his income?
25        A.   Through the car warranty business.
```

EXAMINATION BY MS. FOWLER

```
 1        Q.   You said he travelled to Vegas a bunch.
 2   Where else did you go together?
 3        A.   Lake of the Ozarks.  I don't know.  Pretty
 4   much there.  There and Vegas.  Tried to go to San
 5   Diego, but ended up just going to Vegas.
 6        Q.   So from 2012, 2013, up until this
 7   altercation, you were close friends, fair?
 8        A.   Yes.
 9        Q.   And you would travel to Vegas a bunch of
10   times, to the lake a bunch of times, hit the bars a
11   bunch of times, right?
12        A.   I didn't say hit the bars a bunch of times.
13        Q.   Did you hit the bars a bunch of times?
14        A.   Yeah.
15        Q.   You said you go out, I presumed that you
16   meant bars.
17        A.   We would go out, yeah.
18        Q.   Okay.  And you would go out every weekend?
19        A.   Not every weekend, no.
20        Q.   How often would you go out with each other?
21        A.   Once a month.  Twice a month.  Three times.
22   I mean, it'd just depend on the month.  I don't -- you
23   know, it was one month we'd hang out every day,
24   another month we'd both be working.  Or so...
25        Q.   So it was dependent upon work?
```

EXAMINATION BY MS. FOWLER

```
 1              (Exhibit B was marked.)
 2         Q.   (BY MS. FOWLER)  Hand you what's been
 3    marked as Exhibit B.  And again, this is a photo that
 4    was produced to us immediately before the deposition.
 5    I take it you took that photo?
 6         A.   Yes, ma'am.
 7         Q.   What was the purpose of taking that photo?
 8         A.   I don't -- who knows.
 9         Q.   You do.  What was the purpose?
10         A.   I don't know.  Just because.  I mean, it's
11    not something, you know, that I really specifically
12    remember I'm going to take this photo for this reason.
13         Q.   Were you intoxicated at the time taking
14    this dep -- this photo?
15         A.   Possibly.  I don't know.  That might have
16    been -- I don't know.  I don't know the exact moment
17    that was taken.
18         Q.   Is this the alcohol that you would have
19    consumed?
20         A.   I would have consumed the vodka.  I would
21    not drink the champagne.
22         Q.   Where was this photo taken?
23         A.   Budweiser Brew House at the VIP table.
24         Q.   Are you a VIP member of the Brew House, or
25    were you?
```

EXAMINATION BY MS. FOWLER

```
 1          A.    No.   It's not a -- you just...

 2          Q.    You don't have to be a member?

 3          A.    Hum-um.

 4          Q.    How do you get back there?  What's the

 5   trick?

 6          A.    Buy bottle service.

 7                (Exhibit C was marked.)

 8          Q.    (BY MS. FOWLER)  Hand you what's been

 9   marked as Exhibit C.  This is a more colorful picture.

10   Again, that was taken at the Brew House?

11          A.    Yes, ma'am.

12          Q.    With your phone?

13          A.    Yes.

14          Q.    Depicting the same people in Exhibit A,

15   correct?

16          A.    Yes.  I think this is moments after that

17   first picture.

18                (Exhibit D was marked.)

19          Q.    (BY MS. FOWLER)  Hand you what's been

20   marked as Exhibit D.  Can you tell us what this is a

21   picture of?

22          A.    It's a picture of Maritza and me.

23          Q.    I'm sorry, what did you say?

24          A.    It's a picture of Maritza and I.

25          Q.    Who is the other person in the photo?
```

EXAMINATION BY MS. FOWLER

```
 1          Q.    Okay.  What is Jose's number, phone number?

 2          A.    Let me pull it up.  (347) 939-1220.

 3          Q.    Okay.  And that would have been true back

 4   in 2014?

 5          A.    Yes, ma'am.

 6          Q.    Okay.  John Hope, do you know him?

 7          A.    Yes.  No, I don't know him actually, I only

 8   met him once.

 9          Q.    Tell me who he is.

10          A.    I believe he was a friend of Jake's, and he

11   happened to be there that night.

12          Q.    Happened to be where?

13          A.    In the Penthouse club.

14          Q.    He's not one of your friends.

15          A.    No.

16          Q.    Where does John live?

17          A.    No idea.

18          Q.    Have you ever spoken to John?

19          A.    Once.

20          Q.    When did you speak to him?

21          A.    He was at a house that we were working on.

22   He happened to be someone that was there and

23   recognized me.

24          Q.    Working on what?

25          A.    Drywall.
```

EXAMINATION BY MS. FOWLER

1      Q.   What was he doing at the house?

2      **A.   Drywall.  He was drywalling.**

3      Q.   He was doing drywall and you were doing

4  what?

5      **A.   Electrical.**

6      Q.   Got it.

7           Where was the house?

8      **A.   Webster Groves.  Or I don't know how to**

9  **explain.  It's off of Gravois.  I don't know how to**

10  **explain the area.  Like Gravois and Tesson or Lemay or**

11  **one of them.  Gravois and Tesson.**

12      Q.   Okay.  I gotcha.  I think I know what

13  you're talking about.

14      **A.   I just don't know what the area is.**

15      Q.   Did you ever talk during that encounter or

16  otherwise, did you ever talk about this altercation?

17      **A.   He brought it up.**

18      Q.   What did he say?

19      **A.   He said he remembered what happened that**

20  **night.  He said, you're that guy from that night.**

21      Q.   Tell me exactly what he said that you can

22  remember.

23      **A.   He said he remembers me getting knocked out**

24  **by Carlos Martinez.**

25      Q.   When was that conversation?

EXAMINATION BY MS. FOWLER

```
 1        A.    When?

 2        Q.    Yeah.

 3        A.    A year and a half, maybe, to two years ago.

 4   Year and a half, two years.

 5        Q.    Just for the record, we're 2018, so

 6   sometime in 2016?  2017?

 7        A.    Yes, ma'am.  Somewhere in there.  I don't

 8   know the exact date.

 9        Q.    Was that news to you?

10        A.    That he was there?

11        Q.    No, that you had gotten knocked out by

12   Carlos Martinez.

13        A.    No.

14        Q.    And what did you say?

15        A.    I don't remember you being there.  Where

16   were you?

17              I think I just was kind of dumbfounded by I

18   never knew who this person was.

19        Q.    What did he tell you?

20        A.    That he got knocked -- he witnessed me

21   getting hit by Martinez as well as someone else.  He

22   didn't know who the someone else was.

23        Q.    Okay.  And then what?  What happened with

24   the conversation?

25        A.    I didn't really talk about it from there.
```

EXAMINATION BY MS. FOWLER

Page 49

```
 1        Q.   Okay.  What is his phone number?
 2        A.   I got his phone number that day.  480 --
 3   314, sorry, 480-2042.
 4        Q.   Anything else that was discussed?
 5        A.   No.
 6        Q.   Did you discuss this lawsuit?
 7        A.   No.
 8        Q.   Did you discuss the fact that you listed
 9   him as a witness?
10        A.   No.
11        Q.   Did you ask him if he'd be willing to
12   volunteer that information?
13        A.   I don't believe so.  I got his phone
14   number.
15        Q.   Is that the extent of it?
16        A.   Um-hum.
17        Q.   Yes?
18        A.   Yes.  I'm sorry.  Trying to remember.
19        Q.   So Zane, you said Schuyler?
20        A.   Yes.
21        Q.   S-c-h-u-y-l-e-r?
22        A.   Yeah.
23        Q.   I feel like it should be Schueller (ph)?
24        A.   He gets that a lot.
25             MR. FARROLL:  There is a Schuyler in
```

EXAMINATION BY MS. FOWLER

1    out, you're probably not going to work the next day.

2    Wasn't the next day a Saturday as well?

3         Q.   All right.  At what point did you drive

4    over to Jake's house?

5         A.   Sometime between probably 8 -- 8 and

6    probably 10, somewhere in there.  It takes about 40

7    minutes to get to his house.

8         Q.   So you arrived at his house around 8?

9         A.   No, I probably left my house -- I probably

10   got to his house probably closer to 9.

11        Q.   So you arrived at his house around 9:00

12   p.m.  And what did you do when you arrived?

13        A.   Probably hung out, watched TV for a little

14   bit, decided where we were going to go.

15        Q.   Did you consume any alcohol?

16        A.   No.

17        Q.   Did you take any drugs?

18        A.   No.

19        Q.   And at some point you made it over to the

20   Brew House.  Is that the first establishment that you

21   went to?

22        A.   Yes, ma'am.

23        Q.   Who drove?

24        A.   Jake.

25        Q.   And did you have plans set for where you

EXAMINATION BY MS. FOWLER

Page 156

```
 1   were going to go at that point?  Or were you just
 2   playing it by ear?
 3        A.   Playing it by ear.
 4        Q.   And as I understand from your answers to
 5   interrogatories, you went to the Brew House, you were
 6   there for how many hours?
 7        A.   Three, roughly.
 8        Q.   Okay.  Your answers to interrogatories
 9   indicate that you would have arrived there around
10   10:30 or 11 p.m., is that right?
11        A.   Yes, ma'am.
12        Q.   All right.  And during that three-hour
13   period, you consumed four vodkas and Red Bulls, right?
14        A.   Yes, ma'am.
15        Q.   And --
16        A.   Hand-poured.
17        Q.   And what?
18        A.   Hand-poured vodka and Red Bulls.
19        Q.   You poured them yourself.
20        A.   Yes, ma'am.
21        Q.   Okay.  You had a bottle of vodka --
22        A.   With Red Bulls, and I poured them.  For
23   myself at least.
24        Q.   With cans of Red Bull you made yourself.
25        A.   Yes.
```

EXAMINATION BY MS. FOWLER

```
 1   total.
 2        Q.   How many hours in total did you spend at
 3   the Brew House?
 4        A.   I would say roughly two and a half to two
 5   hours and 45 minutes.
 6        Q.   You went from 11 till 12 or 12:30?
 7        A.   I went probably from 11 to 12:45.
 8        Q.   Okay.  11 to 12:45.
 9        A.   Um-hum.
10        Q.   And during that time you had bottle service
11   and you consumed four -- hold on, let me finish the
12   question, please -- you consumed four self-poured
13   vodkas and Red Bulls, is that correct?
14        A.   During which time?  12 to -- between 11 to
15   12:45?
16        Q.   Yes.
17        A.   No.
18        Q.   How many -- what did you consume between 11
19   and --
20        A.   I would believe I drank three.
21        Q.   Sir, let me finish the question first.  How
22   much and what did you consume between 11 and 12:45?
23        A.   I believe three.
24        Q.   All right.  And then you went to PBR?
25        A.   Yes.
```

EXAMINATION BY MS. FOWLER

```
 1          Q.   And you were there for how long?

 2          A.   I would say 15 to 20 minutes.

 3          Q.   Why did you go to PBR?

 4          A.   To meet a client or friend over there.

 5          Q.   Who was that?

 6          A.   I don't recall.

 7          Q.   Did you consume any alcohol while at PBR?

 8          A.   Yes.

 9          Q.   You consumed a whiskey and Coke?

10          A.   Yes, ma'am.

11          Q.   Was that self-poured?

12          A.   No.

13          Q.   And then you went back to the Brew House.

14          A.   Yes.

15          Q.   So we're now talking at 1:00.

16          A.   Somewhere between 1 and 1:15.

17          Q.   And you consumed one more vodka and Red

18     Bull?

19          A.   Yes.

20          Q.   Self-poured?

21          A.   Yes.

22          Q.   How did you maintain the bottle service and

23     all that good stuff when you left and came back?  Was

24     Jake still at the Brew House?

25          A.   Yes.
```

EXAMINATION BY MS. FOWLER

```
 1          Q.   So you left by yourself and went to PBR?
 2          A.   Yes.
 3          Q.   And you can't give us any names of who was
 4     with you at PBR?
 5          A.   No.
 6          Q.   That's a correct statement?
 7          A.   What's that?
 8          Q.   You can't give us any names of who was with
 9     you at PBR.
10          A.   No.
11          Q.   That's a correct statement?
12          A.   Yes.  I mean it's a correct statement, yes.
13          Q.   And then you went to -- after the Brew
14     House -- what time did you leave the Brew House?
15          A.   What time did we leave Brew House?  I would
16     imagine between 1:45 and 2.
17          Q.   And then you went to Pepper Lounge?
18          A.   Yes, ma'am.
19          Q.   Pepper Lounge is on Washington?
20          A.   I believe it's on Locust.
21          Q.   How far away is that from the Brew House?
22          A.   I would say 5 to 10 minutes.
23          Q.   By car?
24          A.   Yes.
25          Q.   You didn't walk.
```

EXAMINATION BY MS. FOWLER

```
 1        A.    No.

 2        Q.    How did you get there?

 3        A.    Jake drove.

 4        Q.    All right.  How much had Jake consumed at

 5   that point?  The same as you?

 6        A.    I have no idea what Jake consumed.  I

 7   didn't count his drinks.  I didn't -- I don't know

 8   what he drinks and doesn't.

 9        Q.    Well, you were sharing the bottle service,

10   weren't you?

11        A.    Yes, but I don't know if he -- how much he

12   had drank.  I have no idea what he drank.  I can't

13   speak for him.

14        Q.    Okay.  Who was with you at Pepper Lounge?

15        A.    Just me and Jake.

16        Q.    Why did you go to Pepper Lounge?

17        A.    Just kind of one of those things, just the

18   cusp of, where is the next place.

19        Q.    Why did you choose Pepper Lounge?

20        A.    I don't have a rhyme or reason why we --

21   flip a coin.

22        Q.    Have you gone to Pepper Lounge on a regular

23   basis in the past?

24        A.    No.

25        Q.    Had you ever gone to Pepper Lounge before?
```

EXAMINATION BY MS. FOWLER

Page 164

```
 1        Q.   Do I need to?

 2        A.   Kind of.  Was I tipsy?  Was I drunk?  Where

 3   was I at?

 4        Q.   Why don't you describe your state for me.

 5        A.   I believe I might have been buzzed.

 6        Q.   Okay.  And what time did you arrive at IRC?

 7        A.   Sometime around 3.

 8        Q.   All right.  And when you arrived at IRC,

 9   who was with you?

10        A.   Jake.

11        Q.   Okay.  And did you consume any alcohol at

12   IRC?

13        A.   I may or may not have.  As we walked in.

14        Q.   You state in your answers to

15   interrogatories that you walked in through the VIP

16   room, is that right?

17        A.   Yes.

18        Q.   The VIP entrance?

19        A.   Yes.

20        Q.   And how long were you in the VIP room?

21        A.   Minutes.

22        Q.   Did you consume your drink in the VIP room?

23        A.   I may or may not have.  It was typical that

24   if we went to Penthouse, we would get a drink right

25   there at that time.
```

EXAMINATION BY MS. O'DONNELL

Page 247

```
 1        Q.   Okay.  Are you a fan of the Cardinals?
 2        A.   I'm -- sure.
 3        Q.   Do you follow them?
 4        A.   No.
 5        Q.   Did you know who Carlos Martinez was before
 6   July 4, 2014?
 7        A.   I knew the name.
 8        Q.   Could you identify Carlos Martinez?
 9        A.   At that time?
10        Q.   Yes.
11        A.   At that time, yes.
12        Q.   And what about Mr. --
13        A.   Oh, no, at that time I could not.  I'm
14   sorry.
15             MR. FARROLL:  Why don't you specify what
16   time you're talking about, because I think there is
17   several times in play here.
18        Q.   (BY MS. O'DONNELL)  On July 4, 2014, would
19   you have been able to identify Carlos Martinez?
20        A.   On July 4th, no.
21        Q.   On July 4, 2014, would you have been able
22   to identify Oscar Taveras?
23        A.   No.
24        Q.   And on July 4, 2014, would you have been
25   able to identify Marcell Ozuna?
```

EXAMINATION BY MS. O'DONNELL

Page 280

```
 1        Q.   You testified to Ms. Fowler that he was
 2   part of your going out crew, right?
 3        A.   Yes.
 4        Q.   Did you ever work for him?
 5        A.   I did.
 6        Q.   How did you work for him?
 7        A.   I was IT.  I was a technology officer at
 8   his company.
 9        Q.   Did you ever serve as his body guard?
10        A.   No.
11        Q.   Was he driving an Aston Martin car that
12   night?
13        A.   Yes.
14        Q.   Where did he get that car?
15        A.   I can't attest to where or how he got a
16   car.
17        Q.   Had you ever seen him with that car before?
18        A.   Yes.
19        Q.   Had you ever seen him with that car before
20   when he had been drinking?
21        A.   Yeah.
22        Q.   Does Jake speak Spanish?
23        A.   No, not that I know of.  I can't answer to
24   what he knows or not.
25        Q.   Did you hear him speak Spanish on July 4th
```

EXAMINATION BY MS. O'DONNELL

Page 286

```
 1         A.   Yes.

 2         Q.   On July 4, 2014?

 3         A.   Yes.

 4         Q.   And you had just come from Jake's house,

 5    right?

 6         A.   Yes.

 7         Q.   Had you had anything to eat at Jake's

 8    house?

 9         A.   No.

10         Q.   Did you eat anything at the Brew House?

11         A.   No.

12         Q.   Now I'm going to show you what's been

13    marked as Exhibit B.  You had bottle service at Brew

14    House, right?

15         A.   Yes, ma'am.

16         Q.   And you said that you were drinking Red

17    Bull and vodka, right?

18         A.   Yes, ma'am.

19         Q.   Not a champagne drinker?

20         A.   Not a champagne drinker.

21         Q.   And there is two Moet & Chandon and a

22    bottle of Grey Goose --

23         A.   A bottle of Grey Goose.

24         Q.   -- in this photo, right?

25         A.   Yes.
```

EXAMINATION BY MS. O'DONNELL

Page 289

```
 1        Q.   And when you say they showed "us" to a
 2   table, you mean they showed you and Jake to a table,
 3   right?
 4        A.   Yes, ma'am.
 5        Q.   So at this point it's you and Jake, you go
 6   to a table, and you order two bottles of champagne and
 7   a bottle of vodka, is that right?
 8        A.   I don't know if we actually ordered the
 9   vod -- I don't know when, what was ordered.
10        Q.   But you ordered bottle service.
11        A.   Yes.
12        Q.   What happens after that?
13        A.   Within minutes I meet Maritza and her group
14   of friends.
15        Q.   Was Maritza someone you were interested in
16   romantically?
17        A.   I mean, we were making out at the bar.  I
18   don't know if you want to -- how you want to call
19   that.
20        Q.   Well, you tell me.  If you're making out
21   with someone at the bar, it's because you're
22   interested in her?
23        A.   Yes.
24        Q.   Okay.  So when did you start making out
25   with her at the bar?
```

EXAMINATION BY MS. O'DONNELL

Page 290

```
 1        A.   I would say half an hour to 45 minutes
 2   after I met her and started talking to her.
 3        Q.   And so after you sit down, you get the
 4   bottle service, how soon after that do you meet the
 5   three young women?
 6        A.   After we get the bottle service?
 7        Q.   Yes.
 8        A.   Within minutes.
 9        Q.   And how long do you hang out for?  You said
10   you hang out for about 30, 45 minutes before you
11   started making out with Maritza, right?
12        A.   Yes.
13        Q.   At any of that point have you seen the
14   people that you later identify as Mr. Martinez,
15   Mr. Ozuna, Mr. Taveras?
16        A.   Not at that point.
17        Q.   When you're making out with Ms. Soto at the
18   bar -- this is a photo of her in Exhibit C, correct?
19        A.   Yes.
20        Q.   You like her, right?
21        A.   Currently?
22        Q.   No, at the time that you're making out with
23   her at the bar.
24        A.   I mean, from what I saw so far.
25        Q.   And you think she's an attractive woman,
```

EXAMINATION BY MS. O'DONNELL

Page 292

```
 1          A.   I never identified them at Budweiser Brew
 2    House.
 3          Q.   So when they get to Budweiser Brew House,
 4    you have no idea who these folks are, right?
 5          A.   I wasn't paying attention to them.
 6          Q.   So when I say you've identified them, your
 7    lawsuit says that these are the folks who were there,
 8    right?
 9          A.   Correct.
10          Q.   So what is your interaction with the group
11    of baseball players that you've identified in this
12    lawsuit at the Brew House?
13          A.   What is my interaction with them?
14          Q.   Right.
15          A.   Well, I didn't even know they were there.
16    I had never even seen them at Budweiser Brew House.
17          Q.   Do you talk to them at Budweiser Brew
18    House?
19          A.   No.  We're still speaking on Taveras,
20    Ozuna, and Martinez?
21          Q.   Correct.  Is there anyone with them?
22          A.   Yes.
23          Q.   Who is with them?
24          A.   Angel.
25          Q.   Is there anybody else with them?
```

EXAMINATION BY MS. O'DONNELL

Page 294

1    **argument over, you know, she looked uncomfortable.**
2    **That's all I saw.  She looked uncomfortable.  I went**
3    **and said something.**
4         Q.   Was this before or after you'd been making
5    out with her?
6         **A.   After.**
7         Q.   How much after?
8         **A.   45 minutes.**
9         Q.   Is there anyone else involved in this
10   argument?
11        **A.   No.**
12        Q.   Is there anyone sitting with Angel?
13        **A.   There were people around him.**
14        Q.   Who is around him?
15        **A.   I don't know who they are.**
16        Q.   How many people are with him?
17        **A.   Six to eight.**
18        Q.   I know we're using -- calling him Angel
19   today, but just to be clear, on that night you didn't
20   know who he was, right?
21        **A.   Correct.**
22        Q.   And this is a woman that you just were
23   making out with, right?
24        **A.   And talking to.**
25        Q.   And talking to.

EXAMINATION BY MS. O'DONNELL

Page 297

```
 1          A.    5 feet.

 2          Q.    How did Ms. Soto end up over to that table?

 3          A.    I had actually walked over to a different

 4    bar -- while she was hanging out with us, I told

 5    her -- I walked over to a different bar to meet

 6    somebody else.  And I'll be back.

 7          Q.    So earlier you testified that you left the

 8    Brew House and you went to PBR, is that right?

 9          A.    Yes, ma'am.

10          Q.    And that's about five minutes away,

11    correct?

12          A.    Five minutes away?

13          Q.    Is that what you said?

14          A.    I don't believe I said it's five minutes

15    away.

16          Q.    How far away is it?

17          A.    Walking distance?

18          Q.    Oh, okay.

19          A.    It's part of the same complex.

20          Q.    I thought it was, but I thought you said

21    you had driven there, which I was -- that's something

22    I wanted to follow up.

23                So you walked over there, right?

24          A.    Yes.

25          Q.    Different bar?
```

EXAMINATION BY MS. O'DONNELL

Page 298

```
 1           A.    It's directly next to Budweiser Brew House.
 2           Q.    But when you came back, Ms. Soto was over
 3    by Angel.  Right?
 4           A.    She was in their vicinity, yes.
 5           Q.    And you were gone, I think you testified
 6    earlier, about 35 -- 30, 45 minutes?
 7           A.    20 to 35 minutes, if that.
 8           Q.    And you had a drink at that other bar,
 9    right?
10           A.    Yes.
11           Q.    So when you came back, what do you see in
12    terms of what Ms. Soto is doing?
13           A.    I believe she's standing having a
14    conversation with somebody, and then -- I actually
15    didn't go over there initially.  She's talking to
16    somebody, and then I think I saw Angel grabbing on her
17    and kind of pulling on her, trying to get her
18    attention.  I walk over, I say what I said, and it
19    goes from there.
20           Q.    You testified that you said something like,
21    I don't think she wants to.  Angel said something
22    like, go fuck yourself.  You said the same thing back.
23    He stood up and it was broken up.  Correct?
24           A.    I said, I don't think she wants you.
25           Q.    Right.
```

 1        **A.    Yeah.**

 2        Q.    Other than the statements -- the

 3   conversation --

 4        **A.    Or actually, I think my -- I don't mean to**

 5   **interrupt you.  I think my words were, I don't think**

 6   **she's interested.**

 7        Q.    Other than the conversation that we just

 8   went over, were there any other words between you and

 9   Angel?

10        **A.    I don't know.  Other than telling each**

11   **other to screw off basically.**

12        Q.    Were there -- did you say anything to any

13   of the other people who were with him?

14        **A.    No.**

15        Q.    Did any of those people say anything to

16   you?

17        **A.    No.  They were just trying to make sure we**

18   **weren't going to -- you know, it wasn't going to go**

19   **past that.**

20        Q.    Who broke it up?

21        **A.    People standing around.  It's a pretty**

22   **packed bar.**

23        Q.    And what do they do to break it up?

24        **A.    Not really much.  They just told Angel to**

25   **shut up.  And I think the person behind me said, dude,**

1   it's whatever, just walk away.  And I did.

2       Q.   Did they have to put their hands on you to

3   break you guys apart?

4       A.   No.

5       Q.   Did anybody -- did you and Angel

6   exchange -- like was there anything physical between

7   the two of you?

8       A.   No.

9       Q.   Anybody throw any drinks on anybody?

10      A.   No.

11      Q.   What happened after that?  Just folks broke

12  it up?

13      A.   I went back over to the table, I stood next

14  to Jake.  Jake could care less about it.  He goes,

15  don't worry about it.  I said, all right, whatever.

16      Q.   Where was Jake when you were having this

17  interaction with Angel?

18      A.   At the table.

19      Q.   At your table?

20      A.   Um-hum.

21      Q.   So approximately 5 feet away, right?

22      A.   5 to 8.  Whatever that distance would be.

23  It's two tables that aren't far from each other.

24      Q.   What happened after you came back to your

25  table?

EXAMINATION BY MS. O'DONNELL

```
 1          A.    I just told -- I talked to Jake -- I was
 2     standing next to Jake, he said, don't worry about it.
 3     Forget about it.  And taken care of.
 4          Q.    What happened after that?
 5          A.    I think I made myself a drink and drank
 6     some of it.  And at that point Brian Taylor asked me
 7     to step outside with him.  Or whatever his name is.
 8          Q.    Who is Brian Taylor?
 9          A.    I believe he's the manager at Budweiser
10     Brew House at that time.
11          Q.    Did you know him before that night?
12          A.    Only in passing, from being at that bar.
13     From like I think we went there a weekend before or
14     something.
15          Q.    The folks who broke you up, were they
16     security or employees of the Brew House?
17          A.    I don't know if they were or not.  The
18     people who were security kind of wear regular clothes,
19     so whether they were or not.
20          Q.    You didn't get a sense that they were, is
21     that fair?
22          A.    No.  I don't think they were required.  It
23     wasn't that kind of -- it didn't escalate that much.
24          Q.    What did Ms. Soto do after she walked away
25     from Angel?  Where did she go?
```

EXAMINATION BY MS. O'DONNELL

```
 1          A.    I apologize.

 2          Q.    You don't have to apologize.  Okay?

 3          A.    Okay.

 4          Q.    All right.  So this dispute was with Angel

 5     and you and nobody else, right?

 6          A.    Correct.

 7                MS. O'DONNELL:  Why don't we end here for

 8     tomorrow.

 9

10                (Whereupon the deposition concluded at

11          5:12 p.m.)

12                (The exhibits were retained by the

13          court reporter.)

14

15

16

17

18

19

20

21

22

23

24

25
```