# Exhibit 5

# CORTE DISTRITAL DE LOS ESTADOS UNIDOS
# DISTRITO SUR DE ILLINOIS

| | |
|---|---|
| ANDREW D. D'ANGELO ) | |
| ) | |
| Demandante ) | Caso Número: 18-534-DRH-SCW |
| ) | |
| v. ) | |
| ) | |
| CARLOS E. MARTINEZ Y IRC, L.P. ) | |
| ) | |
| Demandado ) | |

## DECLARACION DE MARCELL OZUNA

Yo, Marcell Ozuna, declaro lo siguiente:

1. Tengo más de 18 años y soy competente para hacer esta declaración. A menos que se indique lo contrario en este documento, los hechos que se exponen a continuación se basan en mi conocimiento personal.

2. Entiendo que esta declaración será utilizada por Carlos Martínez en una demanda civil que se ha presentado en su contra. El enfoque de esta declaración está en mis observaciones con respecto a Carlos Martínez en la tarde del 4 de julio de 2014 hasta la madrugada del 5 de julio de 2014.

3. Actualmente tengo 28 años de edad. Soy un jugador de béisbol profesional para los Cardenales de San Luis. En la temporada baja, vivo en la República Dominicana.

4. Mi idioma nativo es el español. Hablo algo de inglés.

5. He conocido a Carlos Martínez desde hace muchos años. Ambos crecimos en la República Dominicana y nos conocimos por primera vez cuando jugábamos béisbol.

6. Originalmente fui contratado por los Marlins de Florida en febrero del 2008 como agente libre a la edad 18 años. Hice mi debut en las Grandes Ligas para los Marlins de Florida en abril de 2013. Me cambiaron a los Cardenales de San Luis en diciembre de 2017. Desde ese momento en adelante, Carlos y yo hemos sido compañeros de equipo.

7. El 4 de julio de 2014, me encontraba en St. Louis para el primero de la serie de tres juegos de los Marlins de Florida contra los Cardenales de St. Louis. Nuestro juego ese día fue por la tarde. Después del juego de ese día; me encontré con Carlos y su compañero de equipo Oscar Tavares para ir al Budweiser Brewhouse, que es un restaurante bar cerca del estadio de béisbol.

8. También conocía a Oscar, desde la República Dominicana, y lo conocí por primera vez cuando ambos jugábamos béisbol. En ese momento supe que Carlos y Oscar eran compañeros de equipo en los Cardenales de San Luis.

9. No recuerdo exactamente a qué hora llegamos a Brewhouse, pero nos encontramos con un grupo de hombres y mujeres que, según yo entendía, eran amigos de Carlos y Oscar. Yo no había conocido a ninguna de estas personas antes de esa noche. No observé ningún incidente o altercado en la cervecería.

10. En algún momento, yo, junto con Carlos, Oscar y algunos de los otros que estaban con nosotros en Brewhouse, nos marchamos del Brewhouse y nos fuimos al Penthouse Club. El Penthouse Club, es un club en Illinois al otro lado del río desde St. Louis.

11. Después de ingresar al Penthouse Club, nos sentamos en el área principal del club. Durante el tiempo que estuvimos dentro del Penthouse Club, no escuché a Carlos ni a ninguna otra persona que estaba sentada con nuestro grupo mencionar ninguna disputa o discusión con nadie más que estuviera en el Penthouse Club.

12. En algún momento, decidimos marcharnos del club. Cuando salí del club vi que varias personas estaban involucradas en un altercado cerca del puesto de comida en el estacionamiento. Las personas involucradas en el altercado incluían un hombre alto con una camisa azul y un hombre más bajo de estatura con una camisa blanca o de color claro. Uno de estos individuos parecía estar gritándole a algunas de las personas que habían venido conmigo al club.

13. Caminé hacia el área donde estas personas discutían y caminaban, que queda hacia el frente del club. En un momento dado, los dos hombres blancos comenzaron a pelear con algunas de las personas con quien yo había venido al club, y estaba parado en el área en general donde ocurrió la pelea. Vi a Carlos lanzar un puñetazo al hombre blanco alto que vestía la camisa azul. No sé si Carlos consiguió pegarle el puñetazo o no. Además de ese puñetazo, no vi a Carlos golpear, Puñetear, patear o intentar golpear, golpear, patear a nadie. En un momento dado, me involucre en la pelea en el estacionamiento.

14. En ningún momento durante el 4 de julio de 2014 o el 5 de julio de 2014 escuché a Carlos hacer planes para golpear a alguien o pelear con alguien. Tampoco escuché ninguna discusión entre las personas con las quien yo estaba hacer planes para pelear o altercarme con nadie.

15. En ningún momento durante mi estadía en el Penthouse Club el 5 de julio de 2014, vi a Carlos Martínez golpear, patear, o puñetear al Demandante, quien entendí que era el hombre blanco y de baja estatura con una camisa blanca o de color claro. Tampoco vi a Carlos intentar golpear, patear o puñetear al demandante en el Penthouse Club el 5 de julio de 2014.

16. Después de que la pelea terminó, me marche del Penthouse Club en un auto.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

6730719.1

Ejecutado en  02/26/19

_____
Marcell Ozuna

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW D. D'ANGELO ) | |
| ) | |
| Plaintiff, ) | Case Number: 18-534-DRH-SCW |
| ) | |
| v. ) | |
| ) | |
| CARLOS E. MARTINEZ AND IRC, L.P. ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF MARCELL OZUNA

I, Marcell Ozuna, declare as follows:

1. I am over 18 years of age and am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

2. I understand that this declaration is to be used by Carlos Martinez in a civil lawsuit that has been filed against him. The focus of this declaration is on my observations regarding Carlos Martinez on the evening of July 4, 2014 to the early morning of July 5, 2014.

3. I am currently 28 years old. I am a professional baseball player for the St. Louis Cardinals. In the offseason, I live in the Dominican Republic.

4. My native language is Spanish. I speak some English.

5. I have known Carlos Martinez for many years. We both grew up in the Dominican Republic and first met in when we were playing baseball.

6. I was originally signed by the Florida Marlins in February 2008 as a free agent when I was 18 years old. I made my major league debut for the Florida Marlins in April 2013. I was traded to the St. Louis Cardinals in December 2017. From that point onward, Carlos and I have been teammates.

7. On July 4, 2014, I was in St. Louis for the first of the Florida Marlins' three-game series against the St. Louis Cardinals. Our game that day was in the afternoon. After the game that day, I met Carlos and his teammate Oscar Tavares to go to the Budweiser Brewhouse, which is a bar and restaurant near the baseball stadium.

8. I also knew Oscar from the Dominican Republic, and I had first met him when we were both playing baseball. I knew at the time that Carlos and Oscar were teammates on the St. Louis Cardinals.

9. I do not recall exactly what time we arrived at the Brewhouse, but we were met by a number of men and women who I understood were friends with Carlos and Oscar. I had not met any of these individuals before that night. I did not observe any incidents or altercations at the Brewhouse.

10. At some point, I, along with Carlos, Oscar and a number of the others that were with us at the Brewhouse, left the Brewhouse and went to the Penthouse Club. The Penthouse Club is a club in Illinois across the river from St. Louis.

11. After we entered the Penthouse Club, we sat down in the main area of the club. During our time inside the Penthouse Club, I did not hear Carlos or anyone else that was sitting with our group mention a dispute or argument with anyone else that was at the Penthouse Club.

12. At some point, we decided to leave the club. When I left the club I saw that a number of people were involved in an altercation near the food stand in the parking lot. The people involved in the altercation included a tall man in a blue shirt and a shorter man in a white or light-colored shirt. One of these individuals appeared to be yelling at some of the people that had come to the club with me.

13. I walked over to the area where these people were arguing and walking, which was over towards the front of the club. At some point the two white males then began to fight with some of the people I had come to the club with, and I was standing in the general area where the fight occurred. I saw Carlos throw a punch at the tall white male in the blue shirt. I do not know whether Carlos landed the punch or not. Besides that one punch, I did not see Carlos hit, punch, kick or try to hit, punch, kick anyone. At some point, I became involved in the fight in the parking lot.

14. At no point during July 4, 2014 or July 5, 2014 did I hear Carlos make any plans to hit anyone or fight with anyone. I also did not hear any discussion among the people I was with to make plans to get into a fight or altercation with anyone.

15. At no point during my time at the Penthouse Club on July 5, 2014 did I see Carlos Martinez hit, kick, punch the Plaintiff, who I understood was the short white male in the white or light colored shirt. Nor did I see Carlos attempt to hit, kick or punch Plaintiff at the Penthouse Club on July 5, 2014.

16. After the fight ended, I left the Penthouse Club in a car.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02-26-19

Marcell Ozuna



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"2019-02-13 Ozuna Declaration SPANISH"** is, to the best of my knowledge and belief, a true and accurate translation from English into Spanish.

_____
Aurora Landman

Sworn to before me this
February 27, 2019

_____
Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
STATE OF NEW YORK
PUBLIC

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE