# Exhibit 12

*APPENDIX C*

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| *Plaintiff(s)* Andrew D. D'Angelo <br> v. <br> *Defendant(s)* Carlos E. Martinez <br> and <br> IRC L.P. | ) ) ) ) ) ) ) | Case Number: 18-cv-534-JPG-GCS <br><br> Judge: J. Phil Gilbert |

## NOTICE OF MANUAL FILING

Please take notice that  Defendant Carlos E. Martinez  has manually filed the following document or item: Exhibit 12 .

☑ This document has not been filed electronically because:

☐ The document or item cannot be converted to an electronic format.

☐ _____ is excused from filing this document or item by court order.

☑ Other: This document cannot be filed because it is a video exhibit, as such we have manually submitted this exhibit to the Court in a DVD.

The document or item has been manually served on all parties.

Jon R. Fetterolf, Esq.
Name
Zuckerman Spaeder LLP
Firm
1800 M Street, NW, Suite 1000
Address
Washington, DC 20036
City, State, Zip
202-778-1800
Phone
jfetterolf@zuckerman.com
E-mail