# Exhibit 13

**Deposition of:**

Mark Rambo

**Case:**

Andrew D'Angelo vs. Carlos Martinez, et al.

**Date:**

01/07/2019



360 Litigation Services
10097 Manchester Rd, Ste 102
St. Louis, Missouri  63122

360LitigationServices.com
314-394-2206

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF ILLINOIS

3

4   ANDREW D. D'ANGELO,

5

6   Plaintiff,

7

8   vs.                        No. 3:18-cv-00534-DRH-SCW

9

10  CARLOS E. MARTINEZ and

11  IRC L.P.,

12

13  Defendants.

14

15

16

17  VIDEOTAPED Deposition of MARK RAMBO

18  Taken on January 7th, 2019

19

20

21

22

23

24

25

1    chaos after that.  And Jake and Andrew both moved

2    around to this part of the parking lot up here which

3    did not help the situation.

4         Q    Okay.  So because this is being put into

5    writing, and because we've got a video, and you're

6    pointing to a piece of paper, I'm going to try --

7         A    Well --

8         Q    -- to narrate that a little bit; okay?

9         A    -- they moved -- well, they moved around to

10   the north part of the club, northeast, front side of

11   the club.

12        Q    Did you see Oscar Taveras do anything after

13   hearing that he had punched Jake?

14        A    When I walked up to him he put his hands in

15   the air and said, I'm leaving.

16        Q    Okay.

17        A    And started --

18        Q    And you started --

19        A    I started following him around the back side

20   of the club, told Jake and them, Stay there.

21        Q    Okay.  So you started following Oscar

22   Taveras to the north.

23        A    Yes.

24        Q    Okay.  And so he was parked in -- presumably

25   in that direction since that's the way he started

1   walking.

2        A    Yes.

3        Q    Did you see Carlos Martinez on the parking

4   lot?

5        A    Yes.

6        Q    When was the first understanding of when you

7   saw him?

8        A    Can you repeat -- rephrase that for me?

9        Q    Yeah.  So -- so did you know you were seeing

10  Carlos Martinez that night when you saw him?  Did

11  you know it was him?

12       A    I knew it was him, yes --

13       Q    Okay.

14       A    -- by physically seeing him.

15       Q    Okay.  In reference to -- when did you first

16  see him in reference to this other activity?

17       A    I've seen him a couple different times at

18  the club.

19       Q    What about --

20       A    I'm not a baseball fan.

21       Q    What's that?

22       A    I'm not a baseball fan, so that's why Greg

23  had to tell me who this guy was at the grill.

24       Q    Oscar?

25       A    Yeah, whoever, Taveras.

1    A    That's fine.

2    Q    Okay.  Just as long as we're in agreement.

3         Did you see Carlos Martinez before or after

4    you started walking Oscar Taveras to his car?

5    A    After.

6    Q    And where did you see Carlos Martinez?

7    A    He was, like, the last person to come out of

8    the VIP room.

9    Q    And did he come out of the VIP room before

10   or after you were walking Oscar to his car, if you

11   remember?  If you don't remember, that's fine, too.

12   A    It was more of when Oscar was kind of

13   running away from the situation and then everybody

14   started coming out the VIP room door.  And when I

15   say everybody, there was, like, 30 people.  And then

16   he was -- Martinez was the last one to come out.

17        And when he came out, he come running in

18   between the pile -- there's a row of cars that are

19   sitting here on the east side of the club.  There's

20   a row of cars that sit like this long ways.  And

21   Jake and Andrew are here.  So when he come out of

22   the club, he ran around the crowd and then hit Jake

23   Eldridge, what I thought he hit him, I don't know if

24   he made contact or not, because I was trying to keep

25   the other people back.

1    males.

2          A    Yes.

3          Q    So --

4          A    That's what I wrote down.

5          Q    No, I get it.  I -- that's why I'm reading

6    it; okay?  And it says, One in a red v-neck shirt

7    with a mohawk and jeans.

8               Do you know who that represents?

9          A    Carlos Martinez.

10         Q    Okay.  And then you say, Another small black

11   male with a red polo shirt and jeans.

12              Do you know who that was?

13         A    I don't recall.

14         Q    And then you refer to another black male.

15   Do you know who that other black male was?

16         A    Like I said, there was quite a few people

17   out front.  I -- I mean, you can't tell who's who

18   and who's with who, you know what I mean?  It could

19   have been somebody random in the parking lot as far

20   as I remember.

21         Q    Okay.  And that -- and this -- my exercise

22   today is to find out what you -- what you know and

23   what you remember, okay?

24         A    Right.  Yeah.

25         Q    It says, As we were trying to get people to

1    Exhibit 29.  Do you have that in front of you?

2        A    Yes, Sir.

3        Q    Okay.  And that's your handwriting that's on

4    that statement?

5        A    Yes, Sir.

6        Q    And you prepared that statement yourself?

7        A    Yes, Sir.

8        Q    And is it sort of practice, when there's an

9    incident, to draft a statement like this when you

10   were at the Penthouse Club?

11       A    Yes, it's normal practice.

12       Q    Okay.  And when you prepared that particular

13   statement, you tried to be as truthful and accurate

14   to the best of your --

15       A    Yes, Sir.

16       Q    -- ability at the time?

17       A    Yes, Sir.

18       Q    Mr. Rambo, just for the record, and also it

19   makes her life easier, even though you know the

20   answer to the question, just let me finish it and

21   give us our little pause --

22       A    Sure.

23       Q    -- just so the record fits that way.

24            Did you prepare that statement that same

25   night of the incident or the next day?  It says

1   July -- it says, Date of incident, 7/5/2014, and

2   below it says, Date of report, 7/5/2014.  So did you

3   do that, like, literally at 3:30 in the morning or

4   did you do it the next day when you came in?

5       A   It was probably more like at seven or

6   eight in the morning.

7       Q   Okay.  So you would -- you hadn't left the

8   club before you actually did it.

9       A   No.  I actually -- you really have to do

10  these before you leave.

11      Q   Okay.  And prior to looking at this

12  statement earlier today, you hadn't reviewed it

13  again?

14      A   No, Sir.

15      Q   You hadn't reviewed it again prior to when

16  you first created that.

17      A   Correct.

18      Q   Okay.  And when we went through it, based on

19  your recollection, did you recall anything in here

20  that was, you know, inaccurate or not truthful when

21  you looked at it?

22      A   To my recollection, I don't really remember

23  most of the fight, really.  Just little bits and

24  pieces of it.  I mean, it -- like I said, it's been

25  four years, you know.

1    A    Yeah.

2    Q    Okay.  And then it says, Then the black male

3    in the plaid shirt, the black male in the white

4    shirt, started punching the white male in the plaid

5    together.

6         Do you see that?

7    A    Yes.

8    Q    The black male in the plaid shirt, we've

9    established that's not Carlos Martinez; right?

10   A    Yes, Sir.

11   Q    Okay.  And the black male in the white

12   shirt, that's not Carlos Martinez, either; right?

13   A    No, Sir.

14   Q    Okay.  So these two people that were

15   punching the white male in the plaid shirt together,

16   neither of them was Carlos Martinez according to

17   your statement; correct?

18   A    Correct.

19   Q    All right.  And then that's when me and

20   Larry Scott took the black male in the plaid to the

21   ground.

22        Do you see that?

23   A    Yes.

24   Q    And so you, according to this statement, the

25   individual in -- the black male in the plaid, you

1    Q    Okay.

2    A    Like I said, I don't watch baseball.  I've

3  never been a baseball fan.

4    Q    We're not going to hold that against you.

5    A    It's understandable.

6    Q    And do you refer to that area as, like, the

7  barbecue pit, or do you call it the hotdog stand, or

8  is it called both?

9    A    It's just the barbecue area.

10   Q    Okay.  All right.  So generally when we --

11  without having to go through all of this, when we

12  see you refer to a tall black male wearing a white

13  shirt, you're talking about the guy that struck

14  Jake -- that you saw strike Jake at the --

15   A    Yes, Sir.

16   Q    -- by the barbecue pit.

17   A    Yes, Sir.

18   Q    And that person that you're referring to you

19  believe is Oscar Taveras.

20   A    Yes, Sir.

21   Q    Okay.  So now, Mr. Rambo, I'm going to ask

22  you really about sort of the bottom half of page 2

23  going to about 8 or 9 lines down, and that would end

24  on the video at 9:30 dash 30.

25        And so in here -- and feel free to look at

1    whenever he was being questioned by -- or online.

2    It's either online or TV that I watched him --

3        Q    Well, Angel --

4        A    -- after being notified by somebody saying,

5    Hey, there's videos all over and ...

6        Q    Okay.  But at the -- so the person, the

7    stocky black male in the plaid shirt that you

8    referred to --

9        A    I didn't learn Angel's name until Vito, or

10   John Caprisi (phonetic), was inter -- interviewing

11   one of the other guys and that's when they said it

12   was him.

13       Q    I got it.  I got it.  Okay.  But that's the

14   same guy we're referring to there.

15       A    I'm guessing so.

16       Q    Okay.

17       A    Yeah.

18       Q    All right.  Okay.  So let's move forward.

19           I'm going to ask you about another section

20   which is really from kind of a quarter of the way up

21   on page 3 down to -- about halfway down page 4 which

22   goes to 9 minutes -- 9:32:50 if we're looking at the

23   video.

24           Now, in here, Mr. Rambo, you talk about

25   someone named Jake's buddy dives into a group with

1   this, I know since we all can't see them, can you

2   just narrate, you know, where we are on the clip for

3   the record?

4          MR. FETTEROLF:  Yes.  We haven't -- I

5   haven't even started to play yet.  It's the opening

6   of --

7          MR. FARROLL:  Okay.

8          MR. FETTEROLF:  Which is --

9          MR. FARROLL:  It's at zero.

10          MR. FETTEROLF:  Yeah, which is 9 --

11   3:15:32 a.m.

12          MR. FARROLL:  Okay.

13          MR. FETTEROLF:  We're looking at a picture

14   that says 3:15:32 a.m.

15   QUESTIONS BY MR. FETTEROLF:

16      Q   All right.  I'm going to -- and what I'm

17   going to do, Mr. Rambo, is I'm going to play, not

18   all of it but certain portions of it.

19      A   Okay.

20      Q   And I'm just going to play a running clip

21   and stop and then ask you some questions.

22      A   Sure.

23      Q   If you want to go back or have me show you

24   an earlier part of the clip or something that will

25   help you, that's fine, just let me know, but that's

1    how we're going to go about this.

2          So right now we're going to start the video

3    and we're going to play from 3:15:32 a.m. to

4    3:16:32 a.m.

5          MR. FARROLL:  Let me know when you push

6    play, too, so I can follow along.

7          MR. COHEN:  Pushing play now.

8    QUESTIONS BY MR. FETTEROLF:

9        Q    And while you're watching, I want to focus

10   your attention to the top left corner by the

11   barbecue stand, Mr. Rambo.

12       A    This is when Jake and them come out.

13         MR. FARROLL:  Did you stop?

14         MR. FETTEROLF:  Yeah, we stopped at

15   3:16:32 a.m.

16   QUESTIONS BY MR. FETTEROLF:

17       Q    Now, Mr. Rambo, did you see two individuals

18   walk out?

19       A    That's when it looked like Mr. D'Angelo and

20   Jake Eldridge walked to the grill.

21   QUESTIONS BY MR. FETTEROLF:

22       Q    Okay.  And Mr. Eldridge was the taller man

23   in the blue shirt?

24       A    Yes, Sir.

25       Q    And Mr. D'Angelo was the shorter man behind

1  him in it looks like a whitish shirt?

2      A    Whitish, yeah, I guess so.

3      Q    Whitish -- whitish plaid-ish suit?

4      A    Whitish blue.

5      Q    Yeah.

6      A    Whatever it is.

7      Q    Okay.  And Mr. Eldridge, Jake, he's the

8  taller one; right?

9      A    Yes, Sir.

10     Q    Okay.  All right.  Now we're going to play

11 from 3:16:32 to 3:18:29.

12         MR. COHEN:  Pressing play now.

13         MR. FARROLL:  Did you say 3:18:29?

14         MR. FETTEROLF:  We're stopping at 3:18:29.

15 QUESTIONS BY MR. FETTEROLF:

16     Q    Now, Mr. Rambo, did you see yourself in this

17 video walking around and patrolling the area?

18     A    Yes, Sir.  I was standing right there.  And

19 that's part of the -- when I asked Jake, Well, that

20 was fast.

21     Q    Okay.  So in the video for probably most of

22 the clip we just showed, that's you with the sort of

23 black top and black pants sort of wandering --

24     A    Yeah.

25     Q    -- in that area?

```
 1            MR. FETTEROLF:  Okay, stop.  We stopped at

 2      3:19:16 a.m.

 3      QUESTIONS BY MR. FETTEROLF:

 4           Q   Mr. Rambo, did you see three individuals

 5      exit the club and walk towards the barbecue pit?

 6           A   Yes, Sir.

 7           Q   And can you tell from this video, like, what

 8      part of the club they're exiting from?

 9           A   The back door.

10           Q   The back door.  Is that the main entrance?

11           A   No, Sir.

12           Q   Okay.  Is that the VIP entrance?

13           A   No, Sir.

14           Q   Okay.  That's a different entrance?

15           A   That's an exit.

16           Q   An exit.

17           A   It's an exit door, yeah.

18           Q   Okay.

19           A   The back door is the exit door.

20           Q   Back door is the exit door.

21           A   Right.

22           Q   When I say main entrance, you actually can't

23      exit that way.  You can only --

24           A   Well, you can enter that way.  You can enter

25      that way.
```

1    Q    Okay.  And from looking at the video, what

2    direction is Jake trying to walk or go towards?

3    A    North.

4    Q    So towards the front of the club?

5    A    Yes, Sir.

6    Q    Okay.  Sort of -- is he going towards the

7    direction that the person in white was going?

8    A    Yes, Sir.

9    Q    Okay.  Do you recall whether he was

10   difficult to restrain at that time or -- or --

11   A    Are you talking about Jake or --

12   Q    Jake.  Talking about Jake.

13   A    Like I said, Jordan was dealing with them

14   two as I was dealing with trying to get the other

15   ones to go around the corner away from everything.

16   Q    Okay.

17   A    So their back's -- my back's to them.  You

18   know what I mean?  So ...

19   Q    Okay.  Now, I want to play from 3:19:56 to

20   3:20:04.  And I want you to focus on the group here

21   including Jake.

22       MR. COHEN:  Pressing play now.

23       THE WITNESS:  They're all moving out towards

24   the front of the club.

25

1    Do you see those two?

2        A    Yes, Sir.

3        Q    Do you recognize either of them?

4        A    No, Sir.

5        Q    Do you rec -- do you know whether that

6    person in the screen there is Marcell Ozuna?

7            MR. FARROLL:  Object to leading and lack of

8    foundation.

9            THE WITNESS:  I mean, because the video's so

10   fuzzy, I -- I couldn't say that was Ozuna or not.

11   QUESTIONS BY MR. FETTEROLF:

12       Q    Okay.  Now let's play -- okay.

13           MR. COHEN:  Just one second.

14           MR. FETTEROLF:  Just one second.

15           MR. COHEN:  Pressing play now.

16           MR. FARROLL:  And stopping where?

17           MR. FETTEROLF:  At 3:20:06.  Just one

18   second.

19           MR. FARROLL:  Oh.

20   QUESTIONS BY MR. FETTEROLF:

21       Q    Actually, let's -- let's play to 3:20:14.

22           MR. COHEN:  Pressing play now.

23   QUESTIONS BY MR. FETTEROLF:

24       Q    Did you see an individual in black pants and

25   a pink shirt walk across the screen?

1     A    Yes, Sir.

2     Q    Do you know whether that's the same

3  individual we saw early -- earlier exit out the back

4  door of the club?

5     A    Yes.  The -- it appears to be the same guy

6  that was standing by the camera there and then went

7  over towards the grill and now is walking back.

8     Q    Okay.  And was -- and how was he walking?

9     A    Casually, actually.

10    Q    Okay.

11    A    He was kind of trying to stay in the

12  background so he wasn't nowhere near it.

13    Q    Okay.  And was he -- does it appear from the

14  video whether he was yelling or screaming at anyone?

15    A    No, Sir.

16    Q    Were there any security personnel around

17  that individual?

18    A    Other than the white security truck right

19  there.

20    Q    Okay.  But no one was trying to hold him

21  back, or restrain him, or anything like that?

22    A    No, Sir.

23    Q    Okay.  And earlier in the video he's exiting

24  off left in this video towards the front of the

25  club; right?

Deposition of Mark Rambo                                           Andrew D'Angelo vs. Carlos Martinez, et al.

```
 1              MR. FARROLL:  Oh, just two minute's worth.
 2              THE WITNESS:  A white security truck pulling
 3     out, they're honking their horn, hitting them with
 4     the big spotlight, getting them to get out of there.
 5     See the guy in the white take off again?
 6     QUESTIONS BY MR. FETTEROLF:
 7         Q   That's the guy in the white shirt you saw
 8     walking earlier?
 9         A   It could be.
10         Q   Okay.
11         A   And that's more of where everybody
12     dissipated after that.
13         Q   Okay.  Let's stop it at 3:22:29.  Mr. Rambo,
14     you see there's a number of people that are on the
15     pavement on the right side of the cars?  Do you see
16     that?
17         A   Yes, Sir.
18         Q   Do you see that there's a -- there's an
19     individual, it looks like he's wearing an orange
20     shirt?  Do you see him?
21         A   Yes, Sir.
22         Q   Can you tell who that is?
23         A   From that I would have to say maybe Ozuna.
24         Q   Okay.  And then in the middle there, there's
25     an individual that's walking with sort of jeans and
```

1  on the ground.  And if I had to say, that would -- I

2  don't know if that's Jake or not on the ground.  I

3  think he's back here.

4  QUESTIONS BY MR. FETTEROLF:

5      Q   He's back here.  You're pointing to a guy in

6  the -- okay.

7      A   Right there.

8      Q   And with him -- is there another individual

9  that's with him?

10     A   It looks to be somebody just standing there

11  with their hands in their pocket to me.

12     Q   Let's play it again, Mr. Rambo, and watch

13  that person in the blue that you think is Jake.

14     A   That's Mr. D'Angelo and Jake right there

15  together.

16     Q   Okay.

17     A   And the guy they got on the ground right

18  here, I have no idea who he is.

19     Q   You talked before about taking a guy to the

20  ground in a plaid shirt?

21     A   Right.

22     Q   Right?  Would that -- would that be him?

23     A   That could be him, yes, on the ground.

24     Q   Okay.  And on the video, do you hear Jake or

25  Mr. D'Angelo yell anything?

1    A    Yeah.   He yelled, Fuck you.

2    Q    Okay.   And do you recall from that night

3  that they were cursing and yelling at --

4         MR. FARROLL:   Object on --

5         THE WITNESS:   Vaguely.   I just --

6         MR. FARROLL:   Let -- Mr. Rambo, I have to

7  object.   Object on vagueness and not -- the term

8  they doesn't refer to anyone specifically.

9  QUESTIONS BY MR. FETTEROLF:

10   Q    Do you recall that night that either Jake or

11 Mr. D'Angelo were, at this point in time, the front

12 of the club, cursing at the --

13   A    Not really.   My attention is more of trying

14 not to get punched at this point.

15   Q    Okay.   And let's play the video back again

16 and I want to just ask you who is the person that's

17 sort of holding Jake back?

18   A    That was -- looked like to be Joe, the

19 director, pushed him back, and I was right there

20 with him.

21   Q    Pushed Jake back.

22   A    Yes.

23   Q    Okay.   And do you know where Jake was trying

24 to go?

25   A    Towards them guys.   It looks like towards

1   somebody right here.

2        Q    Let's play it -- play it --

3        A    If you just back it up a little bit and

4   then -- because the lights is what's killing it

5   right now.

6        Q    Play it from nine.  Just go ahead.

7        A    That looks like me and that's Eddie.  That's

8   who that is.

9        Q    So that individual with the pink shirt and

10  black pants, he's talking to you?

11       A    Yes, Sir.

12       Q    And do you see it looks --

13       A    He's pointing at his friend down on the

14  ground.

15       Q    Do you remember a conversation when he

16  pointed to his friend?

17       A    No, Sir.

18       Q    You don't?

19            Okay.  Do you have any view as to why that

20  person would be on the ground?

21       A    That was from the little guy running in,

22  diving in on them, and we was trying to keep him

23  from getting the shit kicked out of him.  And he --

24       Q    That's the person that was --

25       A    And the guy on the ground was really

1    aggressive.

2         Q    He was the one that was punching the little

3    guy?

4              MR. FARROLL:   Object on leading and

5    foundation.

6    QUESTIONS BY MR. FETTEROLF:

7         Q    Well, what was he --

8         A    There was -- there was a multitude of guys

9    there --

10        Q    What was he doing that caused them to take

11   him to the ground?

12        A    -- punching and fighting right there.

13        Q    Okay.

14        A    You might as well say, some of this group

15   was punching and fighting and he was the main

16   aggressor, though.

17        Q    Okay.

18        A    So -- which was on top of him.  And we

19   pulled him off, got him to the ground, and got the

20   other guy out of there.

21        Q    Can you identify the little guy in this

22   video?  When you refer to the little guy in --

23        A    The little guy to me would have been right

24   here, Mr. D'Angelo.

25        Q    Right with Jake.

1    QUESTIONS BY MR. FETTEROLF:

2        Q    Okay.

3        A    Because you don't want to hold somebody to

4    the ground and hurt them and you've got to be

5    responsible for them, too.

6        Q    And that person, the stocky guy in the plaid

7    shirt that was on the ground and got let up, that's

8    not Carlos Martinez; right?

9        A    No, Sir.  No, Sir.

10       Q    Okay.  All right.  Let's play to -- from :23

11   to :28.  Can you hear Jake speaking in this part?

12       A    Yeah.

13            MR. FARROLL:  Object on --

14            THE WITNESS:  Yes, Sir.

15            MR. FARROLL:  Let me just object that

16   counsel is testifying and it's a leading question

17   and lack of foundation.

18   QUESTIONS BY MR. FETTEROLF:

19       Q    Did you hear anyone speak during this

20   section?

21       A    Yes, I did.

22       Q    And who was that?

23       A    Jake.

24       Q    And what did he say?

25       A    You're fucking dead.

1    Q    Okay.   And in the -- in this video -- let's

2   play that section again from :28 to :34.

3    A    If you listen you can hear him make contact

4   because that's what I heard was contact.   You hear

5   the small pop?   That was him getting hit.

6    Q    And you see Mr. D'Angelo off to the right.

7    A    Right here.

8    Q    Okay.

9    A    Yes, Sir.

10    Q    He -- he's certainly not getting hit;

11   correct?

12    A    No, Sir.

13    Q    Okay.   Now hit play to :39.

14    A    Mr. Ozuna just ran up and hit him.

15    Q    Okay.   So not Mr. Martinez; right?

16    A    No.   That was hitting Mr. D'Angelo.

17    Q    Okay.   Now --

18    A    And that looked like a girly hit.   That

19   wasn't no manly hit.

20    Q    -- let's play to :51.   Okay.   Who hit

21   Mr. D'Angelo there?

22    A    It looked like Mr. Ozuna hit Mr. D'Angelo.

23    Q    And did you hear anything that Mr. D'Angelo

24   was saying on that video?

25    A    Do you want to get shot?

1   all know who he is now, for sure, and that's -- he

2   hit him it looked like twice, once like a girl and

3   then the second time he just popped him one good

4   one.

5   QUESTIONS BY MR. FETTEROLF:

6       Q    And after Mr. Ozuna hit him the first time,

7   your security guy backed Mr. Ozuna away?

8       A    Yes, Sir.

9       Q    And did Mr. D'Angelo -- what did

10  Mr. D'Angelo do then on the video?

11      A    He started aggressively running towards him.

12      Q    Okay.  And did you say he said, Do you want

13  to get shot?

14      A    That's what I -- I heard.  Do you want to

15  get shot?  And then kind of mumbled, to me it looked

16  like the N word.

17      Q    So let's go back to -- let's play :40 to :51

18  and I want you to focus on Mr. D'Angelo walking over

19  there.

20          Okay.  Did -- did you see it all on the

21  video, Mr. D'Angelo kind of reach to the back of his

22  jeans at all?

23      A    Yes, Sir.

24      Q    And from your experience, you know,

25  working --

1    A    If somebody says you're going to get shot

2    and reach in the back of your jeans, you're going to

3    have to defend yourself pretty much, to me.

4    Q    Okay.

5    A    I mean, it's either that or wait to see if

6    he pulls out a gun and see if he's got the balls to

7    pull the trigger.

8    Q    Okay.  Did anyone check to see if

9    Mr. D'Angelo had a gun on him that night?

10   A    No, Sir.

11   Q    Did anyone, like --

12        MR. FARROLL:  Just object on foundation.

13   QUESTIONS BY MR. FETTEROLF:

14   Q    Did anyone that night at the club, either

15   before or after the incident, sort of check and see

16   whether he was holding a gun with him?

17        MR. FARROLL:  Object on foundation.

18        THE WITNESS:  We -- we can't really do

19   pat-downs like that.

20   QUESTIONS BY MR. FETTEROLF:

21   Q    Sure.

22   A    I mean, it's a violation of your civil

23   rights, you know, unless we wand you or whatever.  I

24   don't think we had a system at that time.

25   Q    Okay.  Let's play to :58.

1    A    Yeah.  Yes, Sir.

2    Q    Mr. Rambo, do you recall in your -- when we

3    sort of went through the witness statement, and this

4    is on page -- one of them's on page 13, you had told

5    the officer, you know, it seemed like kind of a

6    set-up plan.  Remember that?

7    A    Yes, Sir.

8    Q    That was just based on your own speculation;

9    right?

10   A    Yes, Sir.

11   Q    You didn't hear anyone say, Let's go out and

12   start a fight?

13   A    No, Sir.

14   Q    You didn't hear any of the baseball players

15   or anyone with them say, Let's --

16   A    No, Sir.

17   Q    Okay.  And also earlier in your statement

18   on -- I think this was on page 8, you said -- and

19   this is the middle -- And, like, as soon as they hit

20   the guy, they went out there and attacked him, they

21   had plans to beat him up and leave.

22        Do you recall telling the officer that?

23   It's in the middle, Mr. Rambo.

24   A    Yeah, I see that.  It's -- that was my just

25   basic opinion.