# Exhibit 14

**Deposition of:**

## Johnathan Hope

**Case:**

## Andrew D'Angelo
## vs.
## Carlos Martinez, et al.

**Date:**

## 02/14/2019



**360 Litigation Services**
10097 Manchester Rd, Ste 102
St. Louis, Missouri  63122

360LitigationServices.com
314-394-2206

1   ANDREW D'ANGELO,

2                        Plaintiff,

3

4   vs.                              No. 18-cv-00534-JPG-GCS

5

6   CARLOS E. MARTINEZ and IRC, L.P.,

7                        Defendants.

8

9

10

11

12               DEPOSITION OF JOHNATHAN HOPE

13                   February 14, 2019

14

15

16

17

18

19

20

21              360 LITIGATION SERVICES

22          10097 Manchester Road, Suite 102

23            St. Louis, Missouri 63122

24                  (314) 394-2206

 1      A      Yeah.

 2      Q      Did you do that?

 3      A      Yes.

 4      Q      What happened?

 5      A      He took off, I guess trying to chase down

 6  on the phone with the cops with the guys involved in

 7  the incident.  And he followed them -- he was on the

 8  phone with the cops the whole time -- to Pointe 400.

 9  We were in the car, he was on the phone, the cops

10  never came.  We were drunk, so I remember telling

11  him, Just get out of here.  And he did.  That was

12  it.

13      Q      Okay.  Who were you following?

14      A      I don't know exactly who they were.  After

15  the fact -- I don't remember if it was then or

16  after -- I learned just from what Jake said that it

17  was Carlos and his friends.  But I didn't know, you

18  know, at that time.  I couldn't tell you who they

19  were.  I just know from what Jake told me.

20      Q      Did you ever tell Andrew that you saw --

21      A      No.  I know what you're about to ask.

22      Q      Hold on.  You can't -- you got to let me

23  finish the question.

24              Did you ever tell Andrew D'Angelo that you

1   remembered Andrew getting knocked out by Carlos

2   Martinez?

3        A    No.

4        Q    Do you deny making that statement?

5        A    Absolutely, yes.

6        Q    Okay.  Do you know an individual by the

7   name of Kirby Morris?

8        A    No.

9             MR. FARROLL:  Okay.  I just have two

10  copies of this, but I'll just tell you what I'm

11  quoting from.  It's the deposition of Andrew

12  D'Angelo, page 47, 48, and 49.  Just some excerpts.

13  There's other parts to it, and I'll identify those

14  too when I get to them.

15       Q    (By Mr. Farroll)  Mr. Hope, I'm going to

16  show you what's been marked as Exhibit No. 32.  And

17  just for background, this is transcribed testimony

18  from Andrew D'Angelo from July 25, 2018, okay?

19            MS. O'DONNELL:  You mind if I see it?

20            MR. FARROLL:  Do you not have the

21  transcript with you?

22            MS. O'DONNELL:  I don't have what you

23  handed the witness as an exhibit.

24            MR. FARROLL:  And just for the record,

1    give you an opportunity to read what's in the first

2    big box there on the first page.

3              Okay.  I'm just asking you about the first

4    page now.  I'll go to -- because there's a lot to

5    read there.

6              So the part that you read, you understood

7    that you were reading testimony from Andrew

8    D'Angelo?

9         A    Yeah.

10        Q    Do you deny making the statement that he

11   attributed to you?

12        A    Yes.

13             MS. FOWLER:  Object to the form of the

14   question.  It's improper impeachment, lacks

15   foundation, and is asking this witness to comment

16   upon the testimony of another individual, which is

17   improper.

18             MS. O'DONNELL:  I'll join the objections.

19        A    Yes.  I never said anything about

20   specifics of who.  I don't think that I brought it

21   up either.  We were on the job site together, and I

22   think it was even a couple days, and I thought that

23   he looked familiar and he thought the same.  It was

24   one of them things.  We got to talking one day.  And

1   I think that is the only thing we really knew each

2   other from, so that's how it got brought up.  And I

3   think he was the one talking about it.  And I said

4   yes, you know, I told him I was there, but I never

5   said, you know, who because I wouldn't say that

6   because I don't know who exactly it was that did it.

7   So, no, that's not entirely true.

8       Q    (By Mr. Farroll)  Okay.  So you deny

9   telling Andrew that you remembered Andrew getting

10  knocked out by Carlos Martinez?

11      A    Yes.  Because I don't even remember him

12  getting knocked out, much less by Carlos Martinez.

13      Q    Do you have any explanation as to why

14  Andrew said that?

15          MS. O'DONNELL:  Objection.

16          MS. FOWLER:  Objection.  It's

17  argumentative, lacks foundation, calls for

18  speculation.

19          MS. O'DONNELL:  Same objections.

20      A    I don't know why he would say that I, you

21  know, said the specific things he's saying, but I

22  didn't.

23      Q    (By Mr. Farroll)  Okay.

24      A    And I know he asked me.  It was one of

```
 1   time of day, 3:20:14 a.m.
 2            MS. O'DONNELL:  Sorry.  Mr. Hope, do you
 3   mind if I come over and stand on this side --
 4            THE WITNESS:  No.
 5            MS. O'DONNELL:  -- so I can watch as well?
 6   Mind if I just move these things?
 7            THE WITNESS:  Yeah, you're fine.
 8            MS. O'DONNELL:  Sorry.  What was it?
 9   3:20:14.
10       Q    (By Mr. Farroll)  Yeah, 3:20:14 a.m.  Do
11   you see where it says that at the top there?
12       A    Uh-huh.
13       Q    You have to say yes or no.
14       A    Yes.  Sorry.
15       Q    Do you recognize you in this clip?
16       A    Is that me?  I don't know.  I look a
17   little skinnier if it was.
18       Q    Want me to back that up?
19       A    Yeah.
20       Q    Let me start that again.
21       A    Yeah, it looks like it would be me wearing
22   flip-flops in the summertime, yeah.
23       Q    And there's multiple people in there.  And
24   I just stopped the video at -- the time of day is
```

1    3:20:21.  Do you see that?

2         A    Uh-huh.

3         Q    Yes?

4         A    Yes.  Sorry.

5         Q    And you're the individual with the red

6    shirt, dark pants, and wearing a baseball cap with

7    the brim to the back?

8         A    Yes.

9         Q    Okay.  It'll take me a minute but I'm

10   going to pull up another video here.

11            Okay.  I'm going to show you what has been

12   identified as the ABDI video -- it's all capped,

13   A-B-D-I -- and I'm going to start the video at 11

14   seconds, and I want you to see if you can identify

15   you standing in this area over to the right.

16            MS. O'DONNELL:  Let the record reflect the

17   video's been muted.

18        A    Can you turn it a little bit?  I can't

19   really see.  I guess that would be me back here?

20        Q    (By Mr. Farroll)  Standing in front of the

21   headlight of the car over to the right?

22        A    Uh-huh.

23        Q    Yes?

24        A    Yes.

1        A     Kind of.  Not really though.  I mean, I

2    knew, you know, like I said, I think I might have

3    met him once before that.  And then, you know, that

4    was maybe for a couple hours.  We were drinking and

5    he was there and I think he left with some girl

6    while we were all out.  And that was it.  And then I

7    was hanging out with -- talking to Jake to meet up

8    with him that night, and I think -- I don't know if

9    we -- I don't know if I met him over at the

10   Penthouse.  I don't remember exactly.  But I didn't

11   really see Andrew much before that night, I know

12   that.  But I rode with Jake to the Penthouse

13   actually now that I'm thinking about it.

14        Q     Okay.  On July 4th, 2014, you did?

15        A     Yeah.  And Andrew wasn't in the car

16   because it's a two-seater car.  I remember that.

17        Q     Too small a car?

18        A     It's a two-seater car.

19              MS. FOWLER:  A two-seater.

20        Q     (By Ms. O'Donnell)  Two-seater car.  Okay.

21   It was an Aston Martin?

22        A     Yeah.

23        Q     So you think that you arrived to the

24   Penthouse with Jake in his Aston Martin on the night

1    of the incident?

2         A     Yeah, from what I remember.

3         Q     And when you ran into Mr. D'Angelo at the

4    job site, to be clear, you did not tell him that you

5    remembered him being knocked out by Carlos Martinez,

6    correct?

7         A     No.

8         Q     And you did not tell him that you

9    remembered him getting hit by Mr. Martinez, correct?

10        A     No.

11        Q     And you did not -- and the reason you

12   didn't tell him that is because, in fact, you did

13   not see him -- you did not see Mr. D'Angelo get hit

14   or knocked out by Mr. Martinez, correct?

15        A     I don't really remember him being knocked

16   out for one.  Two, I don't know exactly who it was,

17   you know, I didn't know who was hitting him.  I

18   still can't remember exactly, you know, who did

19   what.

20             So, no, I just -- it was, you know, we

21   realized we knew who each other were.  And the last

22   time I seen him was that, so that's -- I guess

23   that's how that got brought up.  And I said I was

24   there.  But I never said, you know, that I seen

1   Martinez or anything specific like that.

2        Q    And the reason you didn't say anything

3   specific about Mr. Martinez is because you didn't

4   see Mr. Martinez do anything as far as you could

5   tell?

6             MR. FARROLL:  Object; asked and answered.

7        A    Yes.

8        Q    (By Ms. O'Donnell)  You testified that

9   Mr. D'Angelo was asking you questions about what you

10  remembered about the Penthouse incident; is that

11  right?

12       A    I don't know that he was really asking me

13  questions.  He just -- he forgot that I was there.

14  Because I said, Yeah, I was there that night.  And

15  he was like, Oh, yeah, I forgot you were there.  And

16  I don't know that he was really asking me questions.

17  He just kind of told me, you know, what all happened

18  to him; that he got hurt pretty bad.

19       Q    So in that conversation at the job site,

20  Mr. D'Angelo told you about some of the injuries

21  that he got --

22       A    Yeah.

23       Q    -- is that right?

24       A    Yes.

1    It's kind of far away.

2         Q    Okay.  So I'm going to stop it at 3:18:49,

3    which is in about 20 seconds or so.  Do you see that

4    person who just exited?

5         A    Yeah.  Looks like that would be me.

6         Q    Okay.  All right.  Stop.  I just stopped

7    at 3:18:49.  Did you just see yourself exit the

8    Penthouse and head over towards the food stand?

9         A    Yes.

10        Q    Do you see yourself talk to someone there?

11   Do you remember who that might be?

12        A    Not really.  I can't really tell who.

13        Q    Okay.

14        A    Yeah, I have no idea.

15        Q    And you identified yourself earlier as a

16   red shirt and a red hat and flip-flops; is that

17   right?

18        A    Was it a red hat?  I thought it was a

19   black hat.  It might have been red.

20        Q    Okay.  Red shirt, though, and flip-flops?

21        A    Yeah, red shirt and flip-flops.

22             MS. O'DONNELL:  All right.  I'm going to

23   ask us to play to 3:19:17 a.m.

24             MR. COHEN:  Pressing play now.

1    Q    (By Ms. O'Donnell)  Do you see the --

2    sorry.  Stop.  It's 3:19:13.  Do you see the three

3    people who just exited the IRC?

4    A    Yes.

5    Q    Do you call it IRC or do you call it

6    Penthouse?

7    A    Penthouse, yeah.

8    Q    All right.  Go ahead and play.  Do you

9    recognize those three people?

10   A    No, I don't know them.

11   Q    Okay.  You can keep playing.  And I'm

12   going to ask you to look at 3:19:26.

13        MR. COHEN:  Pressing play at 3:19:19.

14   Q    (By Ms. O'Donnell)  Stop.  Do you see that

15   person in the light-colored shirt push someone else?

16   A    Yes.

17        MS. O'DONNELL:  Keep playing.

18        MR. COHEN:  Pressing play now.

19   Q    (By Ms. O'Donnell)  And do you see someone

20   else then push someone down to the ground?

21   A    Uh-huh.

22   Q    I'm sorry, was that a yes?

23   A    Yes.  Sorry.

24   Q    Now we're at 3:19:34.  You can keep

1   playing and we're going to stop at 3:19:49.

2          So you are over by the food stand at this

3   point; is that right, Mr. Hope?

4       A    Yeah, yes.

5       Q    Okay.  And you remember someone in a

6   light-colored white shirt doing a first push?

7       A    Yes.

8       Q    And then you remember that person getting

9   maybe pushed back to the ground?

10      A    Uh-huh.  Yeah.

11      Q    Okay.  And that person in the light,

12  white-colored shirt, that's Mr. D'Angelo, right?

13      A    Yeah.

14          MR. FARROLL:  Object that it's leading and

15  it's not his testimony, but go ahead.

16      Q    (By Ms. O'Donnell)  So looking at the

17  video, it's Mr. D'Angelo who does the first push

18  over at the food stand; is that correct?

19      A    It does seem that way.  It kind of makes

20  me remember that that might have happened.

21      Q    What do you remember after seeing the

22  video about what you saw at the food stand?

23      A    I know -- I know he was approached and a

24  guy was -- from what I remember, you know, like,

1   What's up now?  It was like it was clear there was

2   something was going to happen.

3           Before, I didn't really think, but, you

4   know, after seeing that video, I kind of do

5   remember.  Because the guy got in his face and he

6   might have pushed him, you know.  Because he was in

7   his face, I know that.

8       Q    So what you recall is that someone said

9   some words to Mr. D'Angelo; the words were something

10   like "What's up now;" is that correct?

11      A    Yeah.  There might have been a

12   "motherfucker" at the end of that, something along

13   those lines.

14      Q    Do you remember exactly what the words

15   were?

16      A    No, I don't remember exactly, but it was

17   something along those lines.  Like, you know,

18   something was about to happen, you know.  It was

19   fighting words I guess you could say.  Like, he was

20   in his face.

21      Q    And this person is the only person who

22   said any words at that point, correct?

23      A    Yes, from what I remember.

24      Q    And then Mr. D'Angelo pushed this person

1        Q       -- 5th, 2014?  Sorry, let me -- on

2   July 5th, 2014, correct?

3        A       Yes.

4        Q       So earlier this morning when you said that

5   Mr. D'Angelo -- Mr. Farroll was asking you questions

6   about Mr. D'Angelo and how he was not -- he was --

7   he didn't do anything to provoke the incident.  You

8   remember that?

9        A       Yes.

10       Q       Now your testimony about that is that, in

11  fact, Mr. D'Angelo did do the original push that

12  started the incident at the food stand, correct?

13       A       Yes.  Yeah, the guy was in, you know, I

14  guess I probably would have did the same if somebody

15  came and was in my face, you know.  It seemed

16  like -- from what I remember, you know, it was

17  obvious that there was getting ready to be a fight.

18  But, yeah, I would say he did, indeed, push him.

19       Q       And the person who said these words, he

20  didn't physically make any contact with

21  Mr. D'Angelo, right?

22               MR. FARROLL:  Object; misstates testimony.

23               MS. O'DONNELL:  That's a question.

24       A       I don't believe so.

1    there with him?

2         A    Yes.

3              MS. O'DONNELL:  And why don't you keep

4    playing, Jay, for a second, a couple seconds.

5         Q    (By Ms. O'Donnell)  Do you see

6    Mr. D'Angelo gesticulating, sort of gesturing with

7    his arms I should say?

8         A    Jake you mean, Ehlinger?

9         Q    Yeah, Jake.

10        A    Yes.

11        Q    Okay.  And you see that security is sort

12   of --

13        A    Yes.

14        Q    -- walking right there with him, correct?

15        A    Yes.

16        Q    Now keep playing.  Stop.  All right.  And,

17   Mr. Hope, is the person in the red on the screen at

18   3:20:16, is that the person you identified as

19   yourself earlier?

20        A    Yes.

21        Q    And do you see on the same screen, right

22   behind you I would say, someone in a white or

23   light-colored shirt?

24        A    Yes.

1    Q    And that's Mr. D'Angelo, correct?  Can you

2   identify Mr. D'Angelo?

3    A    I don't think so.

4    Q    Let's keep playing.

5    A    Oh, yeah.  I guess it is, yeah.

6    Q    Okay.  Stop.  So we stopped at 3:20:22.

7   Looking at that, that is Mr. D'Angelo, correct?

8    A    Okay.  Yes.

9    Q    And Jake was walking in front of

10   Mr. D'Angelo, right, in this video?  Walking ahead

11   of him I should say.

12    A    Yes.

13    Q    I'm going to show you -- and earlier today

14   Mr. Farroll asked you questions about how Jake was

15   acting that night, right?

16    A    Yeah.

17    Q    In this video, you see Jake sort of

18   gesturing and walking quickly, correct?

19    A    Yeah.

20    Q    And he's with security who's with him,

21   correct?

22    A    Yes.

23    Q    And Mr. D'Angelo is behind him, right?

24    A    Yes.

1    the volume up over here?

2          MR. COHEN:  Starting over.  Pressing play

3    now.

4       Q    (By Ms. O'Donnell)  Is that the Aston

5    Martin you got in --

6       A    Yes.

7       Q    -- that night, July 5th, right there at

8    0:02 seconds?

9       A    Yes.

10          MS. O'DONNELL:  Okay.  Keep playing.

11          MR. COHEN:  Pressing play now.

12       Q    (By Ms. O'Donnell)  Stop.  Do you see over

13    on the right side the white male in the blue shirt;

14    that's Jake Ehlinger, correct?

15       A    The taller one here?

16       Q    Yes.

17       A    Yes.

18       Q    Okay.

19       A    And that would be --

20       Q    Mr. D'Angelo right next to him?

21       A    Yes.

22       Q    All right.  Keep playing.  Do you hear

23    that?  Stop.  At 00:27, did you hear someone say

24    "fuck" twice?

Deposition of Johnathan Hope                          Andrew D'Angelo vs. Carlos Martinez, et al.

```
 1        A     Yeah.   That was Jake.
 2        Q     And did you see him sort of put his arms
 3   down and act in an agitated manner?
 4        A     Uh-huh.
 5        Q     Keep playing.   Stop.   At 3:20 -- sorry,
 6   3:30, do you see Jake sort of going towards the
 7   group?
 8        A     Uh-huh.
 9        Q     Okay.   I'm sorry, did you say yes?
10        A     Yes.
11              MR. COHEN:   It's 0:30.
12              MS. O'DONNELL:   Oh, sorry, what did I say?
13   At 0:30, yeah.
14              MR. COHEN:   0:30.
15              MS. O'DONNELL:   Go ahead, play.   Stop.
16   I'm just a little -- I need to move over just to see
17   the timestamp.
18        Q     (By Ms. O'Donnell)   It's 3:45.   Is that
19   Mr. D'Angelo?
20              MR. COHEN:   0:45.
21        Q     (By Ms. O'Donnell)   00:45.   Is that
22   Mr. D'Angelo?
23        A     Yes.
24        Q     All right.   And you hear him -- he's got
```

1    Q    But that night at the Penthouse, you

2  didn't know anything about any kind of incident

3  at --

4    A    No.

5    Q    -- Ballpark Village, right?

6    A    Not at all.

7    Q    And no one mentioned to you anything about

8  an incident at Ballpark Village, right?

9    A    Not at all.

10        MS. O'DONNELL:  Why don't we take a short

11  break here and see if I can kind of wrap it up; is

12  that good?

13        THE WITNESS:  Yeah.

14        MS. O'DONNELL:  Okay.  Great.  I don't

15  know what time it is, but let's -- why don't we come

16  back in 10 minutes.  It's 10:42.  Is that good for

17  you?

18        THE WITNESS:  Yeah, that's fine.

19        MS. O'DONNELL:  Okay.  Great.

20                    (Recess)

21    Q    (By Ms. O'Donnell)  Mr. Hope, we just took

22  a break.  I just have a few more questions.

23        When you testified about Kirby Morris,

24  you -- I guess I'll ask you this:  With regard to

1      A      -- of him coming back.

2      Q      (By Mr. Farroll)  But she asked you

3   whether your testimony was based on memory, and I

4   thought you said yes.  But I thought you told me

5   that the reciprocation testimony was on video?

6      A      Yeah, there's reciprocation, but I may

7   have misunderstood.

8      Q      Misunderstood me?  Or her question?

9      A      Her.  But if we're talking about him, what

10  he was doing, you know, when he was coming back and,

11  you know, going towards him some more --

12     Q      At the end of the video?

13     A      Yeah.

14           MS. FOWLER:  Dan, let him finish his

15  answer, please.  I didn't hear what he said.

16           MR. FARROLL:  Can you read it back?

17           (The requested portion of the record read

18  by the reporter)

19           MS. FOWLER:  Well, I'm going to object.

20  You just threw testimony in.

21     A      Yes, in the video when I seen him.  Pretty

22  much everything -- almost everything I'm going off

23  of right now is from the video.

24           I remember what I remember in the

1  beginning when it first happened.  I remember

2  leaving with Jake.  Everything in between there is

3  pretty foggy.  I know I was there and I know I

4  probably seen every little thing that happened, but

5  I don't remember it.

6      Q    (By Mr. Farroll)  Okay.  Okay.

7      A    So, you know, but after seeing it --

8  because from what I remembered, I didn't even

9  remember that he had pushed anybody.  But then when

10  I seen the video, it's like, okay, I kind of

11  remember that, you know, when he was saying

12  something, he shoved him right away and then it just

13  went, you know, chaotic from there.

14          Like I said, my memory is very foggy.  So

15  after seeing some videos, you know, a lot of what

16  I'm going off of is what I've seen in the videos.

17          MR. FARROLL:  Okay.  I don't have anything

18  further.

19          MS. FOWLER:  I don't either.

20          MS. O'DONNELL:  Nothing else.

21          MR. FARROLL:  You're free to go.

22          THE WITNESS:  Awesome.

23          MS. FOWLER:  How are we doing the waive?

24  Signature, please.