UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW F. D'ANGELO,

    Plaintiff,

v.

CARLOS E. MARTINEZ and IRC, LP,

    Defendants.

Case No. 18-cv-534-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts I (assault), II (battery), III (civil conspiracy), and IV (in-concert liability) is entered in favor of defendant Carlos E. Martinez and against plaintiff Andrew F. D'Angelo, that those claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts V (negligence) and VI (premises liability) are dismissed with prejudice.

**DATED:** September 9, 2019

                          **MARGARET M. ROBERTIE, Clerk of Court**

                          s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**